```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 05 B 28433
   KAREN GRANDYS
                                                    CHAPTER 13

                                                    JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-8482


----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 07/18/05 and confirmed on 11/10/05.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $   8560.00 .

   4.   The Trustee made disbursements to creditors as follows:


----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
----------------------------------------------------------------------------
AMERICREDIT FINANCIAL      SECURED VEHIC    4675.00           619.43          4675.00
AT&T CABLE SERVICES        UNSECURED        NOT FILED            .00              .00
AT&T                       UNSECURED        NOT FILED            .00              .00
CALVARY PORTFOLIO SERV     UNSECURED        NOT FILED            .00              .00
COMED                      UNSECURED        NOT FILED            .00              .00
CROSSING POINT             UNSECURED        NOT FILED            .00              .00
FINGERHUT CREDIT ADVANTA   UNSECURED        NOT FILED            .00              .00
NATIONAL CHECK CONTROL     UNSECURED        NOT FILED            .00              .00
JEWEL FOOD STORES INC      UNSECURED         100.00              .00            10.00
K MART RECOVERY SERVICE    UNSECURED        NOT FILED            .00              .00
NORTHWEST COMMUNITY HOSP   UNSECURED        NOT FILED            .00              .00
PIERCE HAMILTON            UNSECURED        NOT FILED            .00              .00
PROVIDIAN NATIONAL BANK    UNSECURED        NOT FILED            .00              .00
SBC BANKRUPTCY DESK        UNSECURED         648.37              .00            64.84
SURPASS                    UNSECURED        NOT FILED            .00              .00
TCF BANK                   UNSECURED        NOT FILED            .00              .00
UNIQUE                     UNSECURED        NOT FILED            .00              .00
ZALUTSKY & PINSKI          UNSECURED        NOT FILED            .00              .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT      11.20              .00            11.20
AMERICREDIT FINANCIAL      UNSECURED        3954.62              .00           395.46
----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
----------------------------------------------------------------------------
     Summary of disbursements:
----------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED      OTHER        TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED    4675.00     11.20      4702.99        .00        9389.19
PRINCIPAL PAID        4675.00     11.20       470.30        .00        5156.50
INTEREST PAID          619.43       .00          .00        .00         619.43
```

```
TOTAL PAID                    5294.43             11.20         470.30              .00        5775.93
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC         , was allowed $   2200.00 and was paid $    2200.00 .

The Trustee received $     366.91 .

Refunds to the Debtor totaled $     217.16 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/09/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE

                              PAGE   2
          CASE NO. 05 B 28433 KAREN GRANDYS